# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

October 8, 2020

Peter R. Marksteiner
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, DC 20439

**Re:** *Monk v. Wilkie* **(No. 20-1305)**
**November 2020 Session (Panel G)**

Dear Mr. Marksteiner,

Counsel for Appellants submit this letter to correct material statements made to this Court in briefing with respect to one of the Appellants, William Dolphin. Contrary to the parties' understanding reflected in their briefs, undersigned counsel recently discovered that the Board of Veterans' Appeals ("Board") did not resolve all of Mr. Dolphin's claims and he continues to wait for a decision on one of his claims. Appellants have notified government counsel of the matter.

At the time this appeal was filed, Mr. Dolphin had a pending appeal with the Board contesting the Department of Veterans Affairs' ("VA") erroneous effective-date determinations for (1) his service-connected disability benefits and (2) his benefits for Total Disability Based on Individual Employability ("TDIU"). On February 4, 2020, while this appeal was being briefed, the Board issued a decision that initially appeared to resolve both effective date issues. In briefing, Appellee Robert L. Wilkie, Secretary of Veteran Affairs (the "Secretary"), contended that the Board's decision fully disposed of all issues and therefore rendered Mr. Dolphin's claims before this Court moot. Mr. Dolphin argued that, despite the Board's decision and without conceding that his claims were moot, this case satisfied well-established exceptions to mootness.

On August 31, 2020, after this appeal was fully briefed,[1] the VA notified Mr. Dolphin of his award amount based on the February 4, 2020 decision. *See* Exhibit A. The award was approximately $60,000 lower than Mr. Dolphin expected based on an understanding that the effective date claims had all been resolved in his favor. After reviewing the calculation, counsel realized that the VA's February 4, 2020 decision did not reflect a change in the effective date for Mr. Dolphin's TDIU benefits. Thus, Mr. Dolphin's TDIU claim was not resolved and remains pending with the Board.

Because the facts of Mr. Dolphin's pending claim are material to the Court's mootness analysis, pursuant to Rule 3.3 of their states' Rules of Professional Responsibility, Appellants submit this letter to correct statements made in briefing. Incorrect statements that Mr. Dolphin's effective date claims were resolved were made at pages 11, 15, 49 n.14 of the Appellants' opening brief and 23, 24 of their reply. In addition, Appellants argued that all their petitions fall with mootness exceptions; this is wrong because Mr. Dolphin's petition is not moot.

---

[1] Appellants' opening brief was filed on March 20, 2020, the Secretary's brief was filed on May 4, 2020, and Appellants' reply brief was filed on June 4, 2020.

Respectfully submitted,

/s/ Lynn Neuner

Lynn K. Neuner
Simpson Thacher & Bartlett LLP

/s/ Michael Wishnie

Madison Needham, Law Student Intern
Casey Smith, Law Student Intern
Jesse Tripathi, Law Student Intern
Renée Burbank, Supervising Attorney
Michael J. Wishnie, Supervising Attorney
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization

# Exhibit A

Department Of Veterans Affairs
Evidence Intake Center
P.O. Box 4444
Janesville, WI, 53547-4444



\#    000000078              I=0000

78 3 MB 0.436
Michael J Wishnie
Yale Law School
127 Wall St
New Haven CT 06511


**VA** | U.S. Department
of Veterans Affairs

**We realize you may be dealing with difficulties during the COVID-19 crisis. The Department of Veterans Affairs (VA) may be able to help.**

## WHAT WE'RE DOING

### If you have...



**New VA debt,**

We will temporarily stop debt payment collections.
You don't have to act.



**Existing VA debt,**

You can request a temporary collection suspension or an extended repayment plan. Call 1-800-827-0648.

**After the national emergency ends, we will resume debt collection activities.**

## OTHER VA DEBT-RELATED EFFORTS

- VA will **not** refer delinquent debts to credit reporting agencies during the crisis.
- VA Home Loan applications will continue for Veterans with unresolved debt payment issues.

For help or to confirm whether this information applies to your VA benefit debt, contact the Debt Management Center at **1-800-827-0648**.

## WHAT ELSE WE'RE DOING

When possible, we're moving in-person services to virtual platforms. We're also granting extension requests for late-filed forms, when the extension request is based on COVID-19. For assistance with benefit-related claim support, please contact **1-800-827-1000** or visit **benefits.va.gov**.

We're working to find additional ways to serve you during this crisis. Please follow national and local guidelines to stay healthy and safe.



**DEPARTMENT OF VETERANS AFFAIRS**
Evidence Intake Center
P.O. Box 4444
Janesville, WI, 53547-4444

August 31, 2020

WILLIAM P DOLPHIN

In Reply Refer To:

DOLPHIN, William Paul

Dear Mr. Dolphin:

The Board of Veterans Appeals made their decision on your appeal on February 4, 2020. We have implemented their decision based on the evidence.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## Your Award Amount and Payment Start Date

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|
| $1,739.00 | Dec 1, 2009 | Original Award Granted, Change in Spouse Status – Added Patricia to Award |
| 1,800.00 | Dec 1, 2011 | Cost of Living Increase |
| 1,830.00 | Dec 1, 2012 | Cost of Living Increase |
| 1,857.76 | Dec 1, 2013 | Cost of Living Increase |
| 3,017.60 | Jan 1, 2014 | Individual Unemployability Granted, Cost of Living Increase |
| 3,068.90 | Dec 1, 2014 | Cost of Living Increase |
| 3,415.74 | Mar 1, 2015 | Compensation Rating Increase, Special Monthly Compensation Granted |
| 3,425.99 | Dec 1, 2016 | Cost of Living Increase |
| 3,494.51 | Dec 1, 2017 | Cost of Living Increase |
| 3,592.35 | Dec 1, 2018 | Cost of Living Increase |

2

█████████
Dolphin, William Paul

| 3,421.90 | Jul 1, 2019 | Change in Spouse Status – Removed Patricia from Award - Deceased |
|----------|-------------|-------------------------------------------------------------------|
| 3,476.65 | Dec 1, 2019 | Cost of Living Increase |

We are currently paying you as a single veteran with no dependents.

## You Can Expect Payment

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings. Thereafter, payment will be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

**Your payment will be directed to the financial institution and account number that you specified. To confirm when your payment was deposited, please contact that financial institution.**

> *If this account is no longer open,*
> please notify us immediately.

## What We Decided

We determined that entitlement to an earlier effective date for service connection for posttraumatic stress disorder (PTSD) is granted effective November 9, 2009.

Entitlement to an earlier effective date for service connection for osteoarthritis of the left shoulder is granted effective November 9, 2009.

Entitlement to an earlier effective date for service connection for lumbosacral strain with degenerative arthritis of the spine is granted effective November 9, 2009.

Entitlement to an earlier effective date for service connection for sciatica left lower extremity is granted effective November 9, 2009.

Entitlement to an earlier effective date for service connection for tinnitus is granted effective November 9, 2009.

Entitlement to an earlier effective date for service connection for traumatic brain injury (TBI) is granted effective November 9, 2009.

3

Dolphin, William Paul

Patricia A Dolphin was added to your award to an earlier effective date of November 9, 2009, because you submitted all the required information and meet the eligibility requirements for the dependency allowance. (38 CFR 3.4, 38 CFR 3.50, 38 CFR 3.57, 38 CFR 3.204, 38 CFR 3.205, 38 CFR 3.216)

## Evidence Used to Decide Your Claim

In making our decision, we considered:

- VA Form 21-686c, received November 6, 2014
- VA Form 21-686c, received June 6, 2014
- All evidence of record

Your overall or combined rating is 90 percent effective November 9, 2009 and 100 percent effective February 18, 2015. We have been compensating you at the 100 percent scheduler rate effective December 2, 2013 due to your Individual Unemployability. We do not add the individual percentages of each condition to determine your combined rating. We use a combined rating table that considers the effect from the most serious to the least serious conditions.

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered, and the reasons for our decision. Your Rating Decision and this letter constitute our decision based on your claim received on February 4, 2020. It represents all claims we understood to be specifically made, implied, or inferred in that claim.

Please see VA Form 21-8760, *Additional Information for Veterans with Service-Connected Permanent and Total Disability*, which explains certain factors concerning your benefits. You can locate the appropriate form(s), please visit the following website: www.va.gov/vaforms or you can call us at 1-800-827-1000.

Please see VA Form 21-8764, *Disability Compensation Award Attachment-Important Information*, which explains certain factors concerning your benefits. You can locate the appropriate form(s), please visit the following website: www.va.gov/vaforms or you can call us at 1-800-827-1000.

## Are You Entitled to Additional Benefits?

The Department of Education provides a program for Veterans to discharge their student loans. To be eligible, the Veteran must have a service-connected disability(ies) that is 100% disabling, or be totally disabled based on an Individual Unemployability determination. For more information concerning this benefit, please call toll-free 1-888-303-7818. Visit the website at **http://www.disabilitydischarge.com/Home/**.

4



Dolphin, William Paul

You may be eligible for government life insurance if you
- were released from active duty after April 25, 1951,
- are in good health (except for any service-connected conditions), and
- apply within two years of this notification of your disability rating.

If you are totally disabled, you may be eligible to have your government life insurance premiums waived. The Insurance is called Service-Disabled Veterans Insurance (S-DVI), and you should receive a package within two weeks. This package will contain information about the insurance and an application. If you do not receive an S-DVI package, please contact the Insurance Center to request additional information.
Call the Insurance toll free number, 1-800-669-8477, or visit the Insurance web site, **http://www.benefits.va.gov/insurance/**, for further information about Service-Disabled Veterans Insurance.

If you served overseas in support of a combat operation you may be eligible for mental health counseling at no cost to you at the Veteran's Resource Center. For more information on this benefit please visit **http://www.myhealth.va.gov/mhv-portal-web/**.

You may be eligible for medical care by the VA health care system for any service-connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter to the Patient Registration/Eligibility Section. If you apply by writing a letter, include your VA file number and a copy of this letter.

---

### REDUCE OR ELIMINATE
### YOUR MEDICAL CO-PAYMENTS

If you receive care at a VA medical facility, **please call our Health Benefits Call Center at 1-877-222-VETS (8387) or notify your local VA medical center** of this change in your compensation benefits. This rating decision may reduce or eliminate your co-payments for your VA-provided medical care. You may also be eligible for a refund based on this rating decision. Information regarding VA health care eligibility and co-payments is available at our website **http://www.va.gov/healthbenefits/cost/**.

5

██████████
Dolphin, William Paul

You should contact your State office of Veteran's affairs for information on any tax, license, or fee-related benefits for which you may be eligible as a Veteran (or surviving dependent of a Veteran). State offices of Veteran's affairs are available at **http://www.va.gov/statedva.htm**.

The VA provides Blind Rehabilitation services to eligible blind, low vision, or visually impaired Veterans to help them regain their independence and quality of life. The Veteran's blindness, low vision, or vision impairment does NOT have to be related or caused by military service. If you need help with your vision loss, please contact your nearest Visual Impairment Services Team Coordinator (VIST) at the eye clinic at your nearest VA Medical Center. For more information, go to **http://www.rehab.va.gov/blindrehab/**.

You may be able to receive vocational rehabilitation employment services. Please see VA Form 28-8890, *Important Information About Vocational Rehabilitation Benefits*, which explains this benefit completely. To apply for this benefit, complete and return VA Form 28-1900, *Disabled Veterans Application for Vocational Rehabilitation*. You can locate the appropriate form(s), please visit the following website: www.va.gov/vaforms or you can call us at 1-800-827-1000.

Because of the rating action described in this letter, you may be eligible to have your government life insurance premiums waived. (This doesn't apply if you have Veterans Group Life Insurance [VGLI]). *If your answer is "yes" to all of the following questions,* you should contact the VA Insurance Center at the following toll-free telephone number in order to request a "waiver of premiums" on your government life insurance policy. Call 1-800-669-8477.

- Do you have an active government life insurance policy?
- Do you currently pay premiums for your government life insurance policy?
- Are you considered to be unemployable, or are you rated 100% disabled by VA?
- Were you under age 65 when you became unable to work or 100% disabled?

You may be entitled to Armed Forces Commissary and Exchange privileges. Honorably discharged veterans evaluated as 100 percent disabled due to service-connected disability; or, Medal of Honor recipients; or, military retirees and their dependents may qualify for entitlement to this additional benefit.

Your combined evaluation is 30 percent or more disabling; therefore, you may be eligible for additional benefits based on dependency. If you wish to submit a claim for dependents, please complete VA Form 21-686c, *Declaration of Status of Dependents*. Please fill out every blank on the form.

6

Dolphin, William Paul

We may be able to pay you retroactive benefits for your dependents if you submit the VA Form 21-686c, *Declaration of Status of Dependents*, or report dependents within a year from the date of this letter. You can locate the appropriate form(s), please visit the following website: www.va.gov/vaforms or you can call us at 1-800-827-1000.

## What You Should Do If You Disagree With Our Decision

If you are not satisfied with the Board's decision on any or all of the issues allowed, denied, or dismissed, please refer to the instructions in your BVA decision dated February 4, 2020 under *Your Rights to Appeal Our Decision.*

## What Is eBenefits?

eBenefits provides electronic resources in a self-service environment to Service members, Veterans, and their families. Use of these resources often helps us serve you faster! Through the eBenefits website you can:

- Submit claims for benefits and/or upload documents directly to the VA
- Request to add or change your dependents
- Update your contact and direct deposit information and view payment history
- Request a Veterans Service Officer to represent you
- Track the status of your claim or appeal
- Obtain verification of your military service, civil service preference, or VA benefits
- And much more!

Enrolling in eBenefits is easy. Just visit www.eBenefits.va.gov for more information. If you submit a claim in the future, consider filing through eBenefits. Filing electronically, especially if you participate in our fully developed claim program, may result in faster decision than if you submit your claim through the mail.

7

████████████
Dolphin, William Paul

## If You Have Questions or Need Assistance

If you have any questions, you may contact us by telephone, e-mail, or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the Federal number is 711. |
| Use the Internet | Send electronic inquiries through the Internet at https://iris.va.gov. |
| Write | VA now uses a centralized mail system. For all written communications, put your full name and VA file number on the letter. Please mail or fax all written correspondence to the appropriate address listed on the attached *Where to Send Your Written Correspondence*. |

In all cases, be sure to refer to your VA file number ████████████

If you are looking for general information about benefits and eligibility, you should visit our website at https://www.va.gov, or search the Frequently Asked Questions (FAQs) at https://iris.va.gov.

We sent a copy of this letter to your representative, Michael J Wishnie, whom you can also contact if you have questions or need assistance.

Sincerely yours,

RO Director
VA Regional

Enclosure(s): Rating Decision
Where to Send Your Written Correspondence

cc: Michael J Wishnie
Yale Law School
127 Wall Street
New Haven, CT 06511



# DEPARTMENT OF VETERANS AFFAIRS
## Veterans Benefits Administration
### Regional Office

## WILLIAM DOLPHIN

**VA File Number**
████████████

**Represented By:**
**MICHAEL J WISHNIE**
**Rating Decision**
**07/10/2020**

## INTRODUCTION

The records reflect that you are a veteran of the Vietnam Era. You served in the Army from May 9, 1967 to January 29, 1975. The Board of Veterans Appeals made their decision on your appeal on February 4, 2020. We have implemented their decision based on the evidence listed below.

## DECISION

1. Entitlement to an earlier effective date for service connection for posttraumatic stress disorder (PTSD) is granted effective November 9, 2009.

2. Entitlement to an earlier effective date for service connection for osteoarthritis of the left shoulder is granted effective November 9, 2009.

3. Entitlement to an earlier effective date for service connection for lumbosacral strain with degenerative arthritis of the spine is granted effective November 9, 2009.

4. Entitlement to an earlier effective date for service connection for sciatica left lower extremity is granted effective November 9, 2009.



5. Entitlement to an earlier effective date for service connection for tinnitus is granted effective November 9, 2009.

6. Entitlement to an earlier effective date for service connection for traumatic brain injury (TBI) is granted effective November 9, 2009.

## EVIDENCE

- Board of Veterans Appeals Decision, dated February 4, 2020
- Your written statement dated October 5, 2009, received November 9, 2009
- Rating decision dated August 13, 2014 (with decision notification letter dated August 20, 2014)
- VA Form 21-0958, Notice of Disagreement, received November 13, 2014
- Decision Review Officer decision dated January 22, 2018 (with decision notification letter dated January 31, 2018)
- Statement of the Case, dated January 22, 2018

## REASONS FOR DECISION

### 1. Entitlement to an earlier effective date for service connection of posttraumatic stress disorder (PTSD).

The February 4, 2020 Board of Veterans' Appeals decision granted an earlier effective date for the grant of service connection for this condition, and this rating has implemented that decision. Entitlement to an earlier effective date for service connection for PTSD has been granted. (38 CFR 3.400)

Entitlement to an earlier effective date for service connection for PTSD is granted effective November 9, 2009, as assigned by BVA. The Board has determined that correspondence received from you on that date, constituted an intent to file a claim for compensation, meeting the qualifications of an informal claim. (38 CFR 3.151, 38 CFR 3.155, 38 CFR 3.400)

An evaluation of 70 percent is assigned from November 09, 2009.

An evaluation of 70 percent is assigned for occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking, or mood, due to such symptoms as: suicidal ideation; obsessional rituals which interfere with routine activities; speech intermittently illogical, obscure, or irrelevant; near-continuous panic or depression affecting the ability to function independently, appropriately and effectively; impaired impulse control (such as unprovoked irritability with periods of violence); spatial disorientation; neglect of personal appearance and hygiene; difficulty in adapting to stressful circumstances (including work or a worklike setting); inability to establish and maintain effective relationships. A higher evaluation of 100 percent is not warranted unless there is total occupational and social impairment due to such symptoms as: gross impairment in thought processes or communication; persistent





delusions or hallucinations; grossly inappropriate behavior; persistent danger of hurting self or others; intermittent inability to perform activities of daily living (including maintenance of minimal personal hygiene); disorientation to time or place; memory loss for names of close relatives, own occupation, or own name. (38 CFR 4.126, 38 CFR 4.130)

The issue of a rating higher than 70 percent for PTSD remains under appeal and will be addressed at some later date via the appellate process.

**2, Entitlement to an earlier effective date for service connection of osteoarthritis of the left shoulder.**

The February 4, 2020 Board of Veterans' Appeals decision granted an earlier effective date for the grant of service connection for this condition, and this rating has implemented that decision. Entitlement to an earlier effective date for service connection for osteoarthritis of the left shoulder has been granted. (38 CFR 3.400)

Entitlement to an earlier effective date for service connection osteoarthritis of the left shoulder is granted effective November 9, 2009, as assigned by BVA. The Board has determined that correspondence received from you on that date, constituted an intent to file a claim for compensation, meeting the qualifications of an informal claim. (38 CFR 3.151, 38 CFR 3.155, 38 CFR 3.400)

An evaluation of 30 percent is assigned from November 09, 2009.

We have assigned a 30 percent evaluation for your osteoarthritis of the left shoulder based on:
• Limited motion of the arm midway between the side and shoulder level

Additional symptom(s) include:
• X-ray evidence of degenerative arthritis
• X-ray evidence of degenerative arthritis along with any limitation of motion of the joint
• None of the clavicle or scapula
• None of the humerus
• Painful motion of the shoulder

The provisions of 38 CFR §4.40 and §4.45 concerning functional loss due to pain, fatigue, weakness, or lack of endurance, incoordination, and flare-ups, as cited in DeLuca v. Brown and Mitchell v, Shinseki, have been considered and are not warranted.

A higher evaluation of 40 percent is not warranted for limitation of motion of the arm unless the evidence shows:
• Limited motion of the arm to 25 degrees from the side.

The issue of a rating higher than 30 percent for osteoarthritis of the left shoulder remains under appeal and will be addressed at some later date via the appellate process.




### 3. Entitlement to an earlier effective date for service connection of lumbosacral strain with degenerative arthritis of the spine.

The February 4, 2020 Board of Veterans' Appeals decision granted an earlier effective date for the grant of service connection for this condition, and this rating has implemented that decision. Entitlement to an earlier effective date for service connection for lumbosacral strain with degenerative arthritis of the spine has been granted. (38 CFR 3.400)

Entitlement to an earlier effective date for service connection for lumbosacral strain with degenerative arthritis of the spine is granted effective November 9, 2009, as assigned by BVA. The Board has determined that correspondence received from you on that date, constituted an intent to file a claim for compensation, meeting the qualifications of an informal claim. (38 CFR 3.151, 38 CFR 3.155, 38 CFR 3.400)

An evaluation of 20 percent is assigned from November 09, 2009.

We have assigned a 20 percent evaluation for your lumbosacral strain with degenerative arthritis of the spine based on:
 • Forward flexion of the thoracolumbar spine greater than 30 degrees but not greater than 60 degrees

Additional symptom(s) include:
 • X-ray evidence of degenerative arthritis
 • Combined range of motion of the thoracolumbar spine greater than 120 degrees but not greater than 235 degrees
 • Localized tenderness not resulting in abnormal gait or abnormal spinal contour
 • Painful motion upon examination

The provisions of 38 CFR §4.40 and §4.45 concerning functional loss due to pain, fatigue, weakness, or lack of endurance, incoordination, and flare-ups, as cited in DeLuca v. Brown and Mitchell v. Shinseki, have been considered and applied under 38 CFR §4.59.

A higher evaluation of 40 percent is not warranted for lumbosacral strain unless the evidence shows:
 • Favorable ankylosis of the entire thoracolumbar spine; or,
 • Forward flexion of the thoracolumbar spine 30 degrees or less.

The issue of a rating higher than 20 percent for lumbosacral strain with arthritis remains under appeal and will be addressed at some later date via the appellate process.

### 4. Entitlement to an earlier effective date for service connection of sciatica left lower extremity.

The February 4, 2020 Board of Veterans' Appeals decision granted an earlier effective date for the grant of service connection for this condition, and this rating has implemented that decision.



Entitlement to an earlier effective date for service connection for sciatica left lower extremity has been granted. (38 CFR 3.400)

Entitlement to an earlier effective date for service connection for sciatica left lower extremity is granted effective November 9, 2009, as assigned by BVA. The Board has determined that correspondence received from you on that date, constituted an intent to file a claim for compensation, meeting the qualifications of an informal claim. (38 CFR 3.151, 38 CFR 3.155, 38 CFR 3.400)

An evaluation of 20 percent is assigned from November 09, 2009.

An evaluation of 20 percent is assigned for incomplete paralysis below the knee which is moderate. A higher evaluation of 40 percent is not warranted unless there is evidence of incomplete paralysis below the knee which is moderately severe. (38 CFR 4.120, 38 CFR 4.124a)

The issue of a rating higher than 20 percent for left lower extremity sciatica for the period prior to April 1, 2016 remains under appeal and will be addressed at some later date via the appellate process.

## 5. Entitlement to an earlier effective date for service connection of tinnitus.

The February 4, 2020 Board of Veterans' Appeals decision granted an earlier effective date for the grant of service connection for this condition, and this rating has implemented that decision. Entitlement to an earlier effective date for service connection for tinnitus has been granted. (38 CFR 3.400)

Entitlement to an earlier effective date for service connection for tinnitus is granted effective November 9, 2009, as assigned by BVA. The Board has determined that correspondence received from you on that date, constituted an intent to file a claim for compensation, meeting the qualifications of an informal claim. (38 CFR 3.151, 38 CFR 3.155, 38 CFR 3.400)

An evaluation of 10 percent is assigned from November 09, 2009.

An evaluation of 10 percent is granted for recurrent tinnitus. (38 CFR 4.87)

This is the highest schedular evaluation allowed under the law for tinnitus. (38 CFR 4.87)

## 6. Entitlement to an earlier effective date for service connection of traumatic brain injury (TBI).

The February 4, 2020 Board of Veterans' Appeals decision granted an earlier effective date for the grant of service connection for this condition, and this rating has implemented that decision. Entitlement to an earlier effective date for service connection for TBI has been granted. (38 CFR




3.400)

Entitlement to an earlier effective date for service connection for TBI is granted effective November 9, 2009, as assigned by BVA. The Board has determined that correspondence received from you on that date, constituted an intent to file a claim for compensation, meeting the qualifications of an informal claim. (38 CFR 3.151, 38 CFR 3.155, 38 CFR 3.400)

An evaluation of 10 percent is assigned from November 09, 2009.

A 10 percent evaluation is assigned based on: • Comprehension or expression, or both, of either spoken language or written language is only occasionally impaired. Can communicate complex ideas; or, • Mildly impaired judgment. For complex or unfamiliar decisions, occasionally unable to identify, understand, and weigh the alternatives, understand the consequences of choices, and make a reasonable decision; or, • A complaint of mild loss of memory (such as having difficulty following a conversation, recalling recent conversations, remembering names of new acquaintances, or finding words, or often misplacing items), attention, concentration, or executive functions, but without objective evidence on testing; or, • Motor activity normal most of the time, but mildly slowed at times due to apraxia (inability to perform previously learned motor activities, despite normal motor function); or, • One or more neurobehavioral effects that occasionally interfere with workplace interaction, social interaction, or both but do not preclude them; or, • Occasionally disoriented to one of the four aspects (person, time, place, situation) of orientation; or, • Social interaction is occasionally inappropriate; or, • Three or more subjective symptoms that mildly interfere with work; instrumental activities of daily living; or work, family, or other close relationships. Examples of findings that might be seen at this level of impairment are: intermittent dizziness, daily mild to moderate headaches, tinnitus, frequent insomnia, hypersensitivity to sound, hypersensitivity to light; or, • Mildly impaired. Occasionally gets lost in unfamiliar surroundings, has difficulty reading maps or following directions. Is able to use assistive devices such as GPS (global positioning system). A higher evaluation of 40 percent is not warranted unless the evidence shows: • Inability to communicate either by spoken language, written language, or both, more than occasionally but less than half of the time, or to comprehend spoken language, written language, or both, more than occasionally but less than half of the time. Can generally communicate complex ideas; or, • Moderately impaired judgment. For complex or unfamiliar decisions, usually unable to identify, understand, and weigh the alternatives, understand the consequences of choices, and make a reasonable decision, although has little difficulty with simple decisions; or, • Objective evidence on testing of mild impairment of memory, attention, concentration, or executive functions resulting in mild functional impairment; or, • Motor activity mildly decreased or with moderate slowing due to apraxia; or, • One or more neurobehavioral effects that frequently interfere with workplace interaction, social interaction, or both but do not preclude them; or, • Occasionally disoriented to two of the four aspects (person, time, place, situation) of orientation or often disoriented to one aspect of orientation; or, • Social interaction is frequently inappropriate; or, • Three or more subjective symptoms that moderately interfere with work; instrumental activities of daily living; or work, family, or other close relationships. Examples of findings that might be seen at this level of impairment are: marked fatigability, blurred or double vision, headaches requiring rest periods during most days; or, • Moderately impaired. Usually gets lost in unfamiliar surroundings, has difficulty reading maps, following directions, and judging distance. Has difficulty using assistive devices such as GPS (global positioning system). Additionally, a higher



evaluation of 100 percent is not warranted unless the evidence shows: • Persistently altered state of consciousness, such as vegetative state, minimally responsive state, coma under the consciousness facet. (38 CFR 4.120, 38 CFR 4.124a)

The issue of a rating higher than 10 percent for TBI remains under appeal and will be addressed at some later date via the appellate process.

**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our website, www.va.gov.



| NAME OF VETERAN WILLIAM DOLPHIN | VA FILE NUMBER ▓▓▓▓ | SOCIAL SECURITY NR ▓▓▓▓ | POA MICHAEL J WISHNIE |
| --- | --- | --- | --- |
| | | | COPY TO VAMC |

| ACTIVE DUTY | | | |
| --- | --- | --- | --- |
| EOD | RAD | BRANCH | CHARACTER OF DISCHARGE |
| 05/09/1967 | 01/29/1975 | Army | Honorable for VA Purposes |

| LEGACY CODES | | | |
| --- | --- | --- | --- |
| ADD'L SVC CODE | COMBAT CODE | SPECIAL PROV CDE | FUTURE EXAM DATE |
| | 1 | | None |

**JURISDICTION:** BVA Decision Dated 02/04/2020

**ASSOCIATED CLAIM(s):** 070; ARC-Remand with BVA Grant; 02/04/2020

**SUBJECT TO COMPENSATION (1.SC)**

| 7703 | CHRONIC LYMPHOCYTIC LEUKEMIA (CLAIMED AS CLL AND SLL) [Agent Orange - Vietnam/Hairy and Chronic B Cell Leukemias (including CLL)] Service Connected, Vietnam Era, Presumptive Static Disability 100% from 02/18/2015 |
| --- | --- |
| 9411 | POSTTRAUMATIC STRESS DISORDER (PTSD) Service Connected, Vietnam Era, Incurred Static Disability 70% from 11/09/2009 |
| 5003-5201 | OSTEOARTHRITIS OF THE LEFT SHOULDER Service Connected, Vietnam Era, Incurred Static Disability 30% from 11/09/2009 |
| 7005 | CORONARY ARTERY DISEASE, STATUS POST OLD MI [Agent Orange - Vietnam/Ischemic Heart Disease] Service Connected, Vietnam Era, Presumptive Static Disability 10% from 07/30/2015 30% from 05/23/2016 |
| 5242-5237 | LUMBOSACRAL STRAIN WITH DEGENERATIVE ARTHRITIS OF THE SPINE |



|  |  |
|---|---|
| | Service Connected, Vietnam Era, Incurred<br>Static Disability<br>20% from 11/09/2009 |
| 7913 | DIABETES MELLITUS TYPE 2 [Agent Orange - Vietnam/Diabetes]<br>Service Connected, Vietnam Era, Presumptive<br>Static Disability<br>20% from 08/03/2015 |
| 6260 | TINNITUS<br>Service Connected, Vietnam Era, Incurred<br>Static Disability<br>10% from 11/09/2009 |
| 8045 | TRAUMATIC BRAIN INJURY (TBI)<br>Service Connected, Vietnam Era, Incurred<br>Static Disability<br>10% from 11/09/2009 |
| 8910 | EPILEPSY ASSOCIATED WITH TRAUMATIC BRAIN INJURY (TBI)<br>Service Connected, Vietnam Era, Secondary<br>Static Disability<br>10% from 12/02/2013<br>Original Date of Denial: 08/13/2014 |
| 8520 | SCIATICA LEFT LOWER EXTREMITY<br>Service Connected, Vietnam Era, Incurred<br>Static Disability<br>20% from 11/09/2009<br>10% from 04/01/2016 |
| 6100 | BILATERAL HEARING LOSS<br>Service Connected, Vietnam Era, Incurred<br>Static Disability<br>0% from 12/02/2013<br>Original Date of Denial: 08/13/2014 |

## *COMBINED EVALUATION FOR COMPENSATION :*

90% from 11/09/2009
100% from 02/18/2015
Individual Unemployability Granted from December 02, 2013

## *SPECIAL MONTHLY COMPENSATION :*



S-1 Entitled to special monthly compensation under 38 U.S.C. 1114, subsection (s) and 38 CFR 3.350(i) on account of chronic lymphocytic leukemia (claimed as CLL and SLL) rated 100 percent and additional service-connected disability of posttraumatic stress disorder (PTSD), independently ratable at 60 percent or more from 02/18/2015.

| EFFECTIVE DATE | BASIC | HOSPITAL | LOSS OF USE | ANAT. LOSS | OTHER LOSS |
|---|---|---|---|---|---|
| 02/18/2015 | 48 | 48 | 00 | 00 | 0 |

## NOT SERVICE CONNECTED/NOT SUBJECT TO COMPENSATION (8.NSCVietnam Era)

5201          LEFT ARM AND SHOULDER DAMAGED 1151 [38 USC 1151]
1151 Denied, No Causation

Original Date of Denial: 05/20/2016

5299-5212      RIGHT HAND INJURY
Not Service Connected, Vietnam Era, Not Incurred/Caused by Service

Original Date of Denial: 08/13/2014

5299-5257      RIGHT KNEE INJURY
Not Service Connected, Vietnam Era, Not Incurred/Caused by Service

Original Date of Denial: 08/13/2014

## ANCILLARY DECISIONS

Basic Eligibility under 38 USC Ch 35 from 12/02/2013

e-sign: certified by VSCMROBB308, RVSR



## Where to Send Your Written Correspondence

The time it takes your response to reach VA affects how long it takes us to process your claim. We recommend responding electronically whenever possible. Only claimants or representatives can upload responses electronically currently. If you are not a claimant or representative, we recommend faxing so VA can receive your responses without wasting the time and money required to mail your documents.

The **fastest** way to respond to VA is to upload your response electronically through VA.gov.

Visit **https://www.va.gov** and under **Disability** click "Upload evidence to support your claim"

VA.gov provides one easy location to upload correspondence as well as learn about filing claims, check claim status, find out how much money you have left to pay for school or training, or refill prescriptions and communicate with your health care team among many items.

If you need to fax or mail your correspondence, identify the benefit type; then, use the corresponding fax number or mailing address below:

**Faxing:**

| **Compensation Claims** | **Pension & Survivors Benefit Claims** |
|---|---|
| Toll Free: 1-844-531-7818 | Toll Free: 1-844-655-1604 |
| **Board of Veterans' Appeals** | **Fiduciary** |
| Toll Free: 1-844-678-8979 | Toll Free: 1-888-581-6826 |

**Mailing Addresses:**

| **Compensation Claims** | **Pension & Survivors Benefit Claims** |
|---|---|
| Department of Veterans Affairs | Department of Veterans Affairs |
| Compensation Intake Center | Pension Intake Center |
| P.O. Box 4444 | P.O. Box 5365 |
| Janesville, WI 53547-4444 | Janesville, WI 53547-5365 |
| **Board of Veterans' Appeals** | **Fiduciary** |
| Department of Veterans Affairs | Department of Veterans Affairs |
| Board of Veterans' Appeals | Fiduciary Intake Center |
| P.O. Box 27063 | P.O. Box 5211 |
| Washington, DC 20038 | Janesville, WI 53547-5211 |

These addresses serve **all United States and foreign locations**.



**Veterans Crisis Line**
1-800-273-8255 PRESS ❶

You can also send a text message to 838255 to receive confidential support 24 hours a day, 7 days a week, 365 days a year. For more information, visit www.veteranscrisisline.net