NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONLEY F. MONK, JR., TOM COYNE, WILLIAM DOLPHIN, JIMMIE HUDSON, LYLE OBIE, STANLEY STOKES,**
*Claimants-Appellants*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2020-1305

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-1280, Chief Judge Margaret C. Bartley, Judge Coral Wong Pietsch, Judge William S. Greenberg, Judge Michael P. Allen, Judge Amanda L. Meredith, Judge Joseph L. Toth, Judge Joseph L. Falvey, Jr., Senior Judge Robert N. Davis, Senior Judge Mary J. Schoelen.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

IT IS ORDERED THAT:

On or before October 27, 2020, Appellee Robert Wilkie shall file a response to Appellants' October 8, 2020 letter (ECF No. 72).

FOR THE COURT

October 20, 2020          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court