

**U.S. Department of Justice**

REK:MFH:DRP
D.J. No. 154-F20-68

Civil Division
Telephone: (202) 307-0242

*Washington, DC 20530*

October 27, 2020

Peter S. Marksteiner
Clerk of the Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

     Re:   *Monk v. Wilkie*, Fed. Cir. No. 20-1305

Dear Mr. Marksteiner:

Respondent-Appellee, Robert L. Wilkie, Secretary of Veterans Affairs, respectfully submits this response to Petitioner-Appellants' October 8, 2020, Correction of Material Statements Regarding Appellant William Dolphin.

In February 2020, the Board of Veterans' Appeals (board) issued a decision granting an earlier effective date for benefits for six of Mr. Dolphin's service-connected disabilities and denying or remanding other aspects of his claim. Appx1313-1322. The board did not address the issue of Mr. Dolphin's entitlement to a total disability rating based on individual unemployability (TDIU). VA had already granted that benefit in January 2018. Appx1152.

We agree with Appellants that the TDIU effective date question remains on appeal, and the February 2020 board decision did not fully moot Mr. Dolphin's petition. *See Harper v. Wilkie*, 30 Vet. App. 356, 361-62 (2018) (holding that, even when TDIU is granted, it "remains part and parcel" of an underlying appeal pursuing a higher rating and "remain[s] on appeal"). We ask that the Court disregard Argument III of our brief, in which we argued that the board decision rendered the petition moot. *See* Gov. Br. at 28.

Relatedly, in a Citation of Supplemental Authority filed after this Court's order, Appellants identify this Court's recent decision in *Mote v. Wilkie*, No. 19-2367, __ F.3d __, 2020 WL 5755475 (Fed. Cir. Sep. 28, 2020), as an additional reason Mr. Dolphin's petition is not moot. ECF No. 79. Due to our concession above, the Court need not reach this issue.

Appellants also argue that *Mote*'s comments on the "rule of reason," 2020 WL 5755475 at *6, support their argument that the Veterans Court erred in "consider[ing] only the eight months since the last agency action" in its unreasonable delay analysis. ECF No. 79. As we demonstrated in our brief, the Veterans Court reviewed the entire history of Mr. Dolphin's appeal and stated that its determination was based on that entire history. *See* Gov. Br. at 32-33.

Respectfully submitted,

JEFFREY BOSSERY CLARK
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

Of Counsel:

/s/ Martin F. Hockey, Jr

BRIAN D. GRIFFIN                MARTIN F. HOCKEY, JR.
Deputy Chief Counsel            Deputy Director


/s/ David R. Pehlke

JONATHAN KRISCH                 DAVID PEHLKE
Attorney                        Trial Attorney
Office of General Counsel       Commercial Lit. Branch, Civil Division
Department of Veterans Affairs  Department of Justice
810 Vermont Ave., N.W.          P.O. Box 480
Washington, D.C. 20420          Ben Franklin Station
                                Washington, D.C. 20044
                                Telephone:  (202) 307-0242
                                David.R.Pehlke@usdoj.gov

October 27, 2020               Attorneys for Respondent-Appellee